**2016–0747. State ex rel. Beavercreek Twp. Fiscal Officer v. Graff.**
In Mandamus. On motion to dismiss. Motion denied. Alternative writ granted. Briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

O'CONNOR, C.J., and KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.
O'DONNELL, J., dissents.

**2016–1776. State ex rel. Hogan Lovells US, L.L.P. v. Dept. of Rehab. & Corr.**
In Mandamus. On motion to dismiss. Motion denied. Alternative writ granted. Briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0237. Turner v. State.**
In Habeas Corpus. Sua sponte, cause dismissed. On petitioner's motion to be conveyed and motion to dismiss all cases or charges. Motions denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0288. State ex rel. Dillard v. Burge.**
In Mandamus. On respondent's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0350. State ex rel. Griffin v. Greene.**
In Mandamus. On motion to dismiss. Motion denied. Alternative writ granted. Briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

Attorney Albert G. Lin is appointed to represent relator, pro bono.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0352. State ex rel. Walker v. Erdos.**
In Mandamus. On respondent's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0385. Ackerman v. Bank of New York Mellon.**
Miscellaneous case. On respondent's motion to dismiss. Motion granted. Cause dismissed. On relator's motion for immediate expedited stay of sale proceedings and stay of collections. Motions denied as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0417. State ex. rel. Lopez v. Summit Cty. Clerk of Courts.**
In Mandamus. On respondent's motion to dismiss. Motion denied. Alternative writ granted. Briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.